THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
James A. Fleming, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Richland County
 Paul M. Burch, Circuit Court Judge

Memorandum Opinion No. 2006-MO-047  
Submitted December 5, 2006  Filed December 11, 2006 

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, of the South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Chief of Criminal Appeals & Post-Conviction Relief Salley W. Elliot, and Assistant Attorney General Arie D. Bax, all of the Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his   application for post-conviction relief
(PCR).
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on petitioners Question I and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  We deny the petition for a writ of certiorari as to petitioners Questions II, III, and IV.
Counsel for petitioner has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967) and a petition to be relieved as counsel.  Petitioner has filed a pro se response.  After a thorough review of the record pursuant to Anders, we dismiss the appeal and grant the petition to be relieved as counsel.
 DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.